IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>JUAN MARTINEZ-REYES,<br><br>　　　　　　　　　Defendant. | CASE NO.  1:20-MJ-00108 EPG<br><br>**ORDER DISMISSING COMPLAINT (Fed.R.Crim.P 48(A))** |

　　　The United States of America, having moved this Court to dismiss the complaint in the above-named case pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, without prejudice and in the interest of justice and good cause appearing;

　　　IT IS HEREBY ORDERED that the complaint in the above-captioned case shall be dismissed without prejudice in the interest of justice.

　　　IT IS FURTHER ORDER that, in light of the charges filed against the defendant in United States v. Rojo, et. al, case number 1:20-cr-174, the orders entered as to the defendant's custody made in this case be applicable to and reflected in the docket of 1:20-cr-174.

IT IS SO ORDERED.

　　　Dated:   **November 6, 2020**　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER OF DISMISSAL, FRCrimP 48(a)　　　　1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28